```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 09 B 02745
   CAROLYN BATES
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER


          Debtor
   SSN XXX-XX-6490

---------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
   The case was filed on 01/29/2009 and was not confirmed.

   The case was dismissed without confirmation 03/04/2009.
---------------------------------------------------------------------------
CREDITOR NAME            CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
---------------------------------------------------------------------------

PRO SE DEBTOR        DEBTOR ATTY           .00                          .00
TOM VAUGHN           TRUSTEE                                            .00
DEBTOR REFUND        REFUND                                             .00

       Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                        .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00
                         --------------      --------------
TOTALS                         .00                   .00

      Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
      Dated: 03/26/09              _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```